Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.

In the Matter of VINCENT J. KANE et al., On Behalf of Themselves and All Others Similarly Situated, Appellants, against PATRICK WALSH, Fire Commissioner and Chief of the Fire Department of the City of New York, Respondent.

Argued November 30, 1944; decided December 30, 1944.

*David A. Savage* and *Frank A. Rossini* for appellants.

*Ignatius M. Wilkinson, Corporation Counsel (Martin V. Callagy, Francis A. Fullam, Jr.,* and *Seymour B. Quel* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.

NORA SOBEL, Respondent, *v.* MAURICE O'CONNOR, Appellant.

Argued November 13, 1944; decided December 30, 1944.